JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES CHRISTOPHER WALKER,<br><br>　　　　　Petitioner,<br><br>　　　　v.<br><br>D. SHINN, Warden,<br><br>　　　　　Respondent. | Case No.: CV 16-09175-CAS (JDE)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.


Dated: August 4, 2017

_Christina A. Snyder_

_____

CHRISTINA A. SNYDER
United States District Judge